1
2
3
4
5
6
7
8                       United States District Court
9                       Eastern District of California
10
11
12  Marvellous Asha Xyah,
13          Plaintiff,                    Civ. No. S 05-0923 LKK PAN P
14      vs.                               Order
15  Irene Ceballos, et al.,
16          Defendants.
17                              -oOo-
18      Plaintiff, a prisoner without counsel, seeks to commence a
19  civil rights action.
20      To commence a civil action a plaintiff must pay the $250.00
21  filing fee required by 28 U.S.C. § 1914(a) or request leave of
22  court to proceed in forma pauperis and submit the affidavit and
23  trust account statement required by 28 U.S.C. § 1915(a).
24      Plaintiff has neither paid the fee nor submitted a proper
25  application for leave to proceed in forma pauperis.
26

1    Within 30 days from the day this order is signed plaintiff
2 may submit either the filing fee or the application required by
3 § 1915(a).  The clerk of the court is directed to mail to
4 plaintiff a form application for leave to proceed in forma
5 pauperis.  Failure to comply with this order will result in this
6 file being closed.
7    So ordered.
8    Dated:  May 17, 2005.

						/s/ Peter A. Nowinski
						PETER A. NOWINSKI
						Magistrate Judge